UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                     :

UNITED STATES OF AMERICA

                                                     :         NOTICE OF APPEARANCE (CJA)

       - v. -

                                                     :         07 MJ. 388

ALFREDO MATOS,

                                                     :

               Defendant.

                                                     :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that Richard E. Signorelli, an attorney admitted to practice in this Court and a member of the Criminal Justice Act panel, hereby appears as counsel of record, pursuant to Court appointment and the Criminal Justice Act, for ALFREDO MATOS, the defendant in the above-captioned case as of April 3, 2007.

Dated:  April 3, 2007
         New York, New York

                                                    Respectfully,

                                                    LAW OFFICE OF
                                                    RICHARD E. SIGNORELLI

                                                    /s/
                                   By:    _____
                                                    Richard E. Signorelli (RS-7976)
                                                    799 Broadway, Suite 539
                                                    New York, NY 10003
                                                    Telephone:    212 254 4218
                                                      Facsimile:     212 254 1396
                                                      rsignorelli@nycLITIGATOR.com℠
                                                      www.nycLITIGATOR.com℠