JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INDICTMENT

    - v. -                        :    07 Cr.

ALFREDO MATOS,                    :
    a/k/a "Ito,"                  :
    a/k/a "E,"                    :

        Defendant.            :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1.   From on or about January 12, 2006, up to and including on or about January 26, 2006, in the Southern District of New York and elsewhere, ALFREDO MATOS, a/k/a "Ito," a/k/a "E," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ALFREDO MATOS, a/k/a "Ito," a/k/a "E," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

<u>Overt Acts</u>

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about January 25, 2006, in New York, New York, a confidential informant not named as a defendant herein (the "CI") discussed the purchase of approximately 55 grams of crack cocaine from ALFREDO MATOS, a/k/a "Ito," a/k/a "E," the defendant.

b.  On or about January 26, 2006, in Bronx, New York, MATOS provided approximately 49.9 grams of crack cocaine to the CI.

(Title 21, United States Code, Section 846.)

<u>COUNT TWO</u>

The Grand Jury further charges:

4.  On or about January 26, 2006, in the Southern District of New York, ALFREDO MATOS, a/k/a "Ito," a/k/a "E," the defendant, unlawfully, intentionally, and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, approximately 49.9 grams of mixtures and substances

containing a detectable amount of cocaine base, in a form commonly known as "crack."

   (Title 21, United States Code, Sections 812, 841(a)(1) and
      841(b)(1)(B); and Title 18, United States Code, Section 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

ALFREDO MATOS
a/k/a "Ito,"
a/k/a "E"

Defendant.

===

**INDICTMENT**

07 Cr. ____

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(B),846.)
(18 U.S.C. § 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

===

*[handwritten: POST 11/1/07]*

*[handwritten: 5/3/07 filed indictment. Case assigned to Judge Holwell s/ Mag. Judge Katz]*