U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 4, 2007

**By Facsimile**

Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
(212) 805-7948



RECEIVED
OCT - 4 2007
CHAMBERS OF
RICHARD J. HOLWELL

Re: <u>United States v. Alfredo Matos</u>, 07 Cr. 380 (RJH)

Dear Judge Holwell:

The defendant in the above-captioned case was scheduled for a plea proceeding in United States Magistrate Court yesterday but the parties did not go forward because the defendant wanted to explore some additional issues concerning expected changes in the crack guidelines.

The parties expect that a plea will be rescheduled shortly and jointly seek an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), to facilitate plea discussions in the interests of justice. Your Courtroom Deputy indicated that November 16, 2007 at 11:30 a.m. could serve as a control date through which time can be excluded, and the parties will appear on November 16, 2007 in the event that a plea has not taken place.

*[Handwritten note: Conference adjourned to 11/16/07 at 11:30 a.m. Time is excluded under the STA from today to 11/16/07 to permit defendant to consider a pretrial disposition. The exclusion of time is in the interests of justice and outweighs the interests of the defendant and the public in a speedy trial. SO ORDERED. [signature] USDJ 10/11/07]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Arlo Devlin-Brown
(212) 637-2506
Assistant United States Attorney

cc: Jack Goldberg, Esq.
Attorney for Defendant
(212) 227-2736