```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :
                                   :    ORDER
ALFREDO MATOS,                     :
                                   :    07 Cr. 380 (RJH)
                                   :
         Defendant.                :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

WHEREAS, with the consent of the defendant, ALFREDO MATOS, his guilty plea allocution was taken before Magistrate Judge Michael H. Dolinger on October 9, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon a review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         November 27, 2007

_____
HONORABLE RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE